No. 713, Misc. WELLS v. KING, SUPERINTENDENT, CALIFORNIA MEDICAL FACILITY. Supreme Court of California. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Charles R. Garry* and *Aubrey Grossman* for petitioner.

No. 937. CONTINENTAL CAN CO., INC., v. MAGIDA ET AL. C. A. 2d Cir. Certiorari denied. *Mark F. Hughes* for petitioner. *Morris J. Levy* for Magida, respondent.

No. 745, Misc. MORNEAU v. UNITED STATES BOARD OF PAROLE. C. A. 8th Cir. Certiorari denied.

No. 751, Misc. MCNALLY v. TEETS, WARDEN. Supreme Court of California. Certiorari denied.

No. 793, Misc. CARITATIVO v. CALIFORNIA. Supreme Court of California. Certiorari denied. *George T. Davis* for petitioner.

No. 790. NATIONAL LABOR RELATIONS BOARD v. SALES DRIVERS, HELPERS & BUILDING CONSTRUCTION DRIVERS, LOCAL UNION 859, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, AFL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling, Dominick L. Manoli* and *Norton J. Come* for petitioner. *Herbert S. Thatcher* and *David Previant* for respondent.